NO. 07-03-0015-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MAY 7, 2003

______________________________

JANIE L. PIERCE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;

NO. 2002-481550; HONORABLE DRUE FARMER, JUDGE

_______________________________

Before QUINN and REAVIS, JJ., and BOYD, S.J.
(footnote: 1)
 In this proceeding, appellant Janie L. Pierce timely perfected her appeal of her conviction for prostitution and the resulting sentence of 90 days confinement in the Lubbock County Jail. 

Her attorney has now filed a motion to dismiss the appeal in which he notifies us that appellant died on March 26, 2003, while confined in the Lubbock County Jail.  With his motion, counsel attached a copy of appellant’s death certificate showing that she died of natural causes.

Inasmuch as appellant is now deceased, her appeal is rendered moot.  Because appellant died after perfecting her appeal but before a mandate had been issued by us, her appeal must be permanently abated.  Tex. R. App. P. 7.1(a)(2).

Accordingly, appellant’s appeal is hereby permanently abated.

John T. Boyd

Senior Justice

Do not publish.

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2003).